Jimmy Howard POWELL, Appellant,

v.

Lillie Ann POWELL, Respondent.

No. ED 92401.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 13, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 16, 2009.

Application for Transfer Denied
Dec. 22, 2009.

Susan K. Roach, Melissa A. Featherston, Clayton, MO, for Appellant.

Greg L. Roberts, Daniel P. Farroll, Chesterfield, MO, for Respondent.

Before GLENN A. NORTON, P.J., MARY K. HOFF, J. and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Jimmy Howard Powell ("Husband") appeals the judgment dissolving his marriage to Lillie Ann Powell ("Wife"). We find no abuse of discretion by the trial court. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).